UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE MELENDEZ SILVA, | ) | 1:06-CV-1882 AWI SMS HC |
| Petitioner, | ) | |
| | ) | ORDER GRANTING EXTENSION OF TIME |
| v. | ) | (DOCUMENT #7) |
| MENDOZA-POWERS, | ) | |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On March 23, 2007, respondent filed a motion to extend time to file its motion to dismiss. Inasmuch as respondent filed its motion to dismiss on April 20, 2007, and good cause having been presented to the court, IT IS HEREBY ORDERED that:

Respondent's motion to extend time to file its motion to dismiss is GRANTED nunc pro tunc to April 20, 2007.

IT IS SO ORDERED.

**Dated:   May 1, 2007**          /s/ Sandra M. Snyder
                                                                        UNITED STATES MAGISTRATE JUDGE