1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  JOSE MELENDEZ SILVA,              )    1:06-cv-01882-AWI-SMS-HC
                                      )
12            Petitioner,             )    **ORDER ADOPTING FINDINGS AND**
                                      )    **RECOMMENDATION** (Doc. 10)
13  v.                                )
                                      )    **ORDER GRANTING MOTION TO**
14  MENDOZA-POWERS, Warden,           )    **DISMISS** (Doc. 7)
                                      )
15            Respondent.             )    **ORDER DISMISSING PETITION FOR**
    _____   )    **WRIT OF HABEAS CORPUS**

16

17       Petitioner is a state prisoner proceeding pro se with a

18  Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

19       On October 4, 2007, the Magistrate Judge filed Findings and a

20  Recommendation that Respondent's motion to dismiss be GRANTED, and

21  the instant Petition for Writ of Habeas Corpus be DISMISSED,

22  without prejudice.  These Findings and Recommendation were served

23  on all parties and contained notice that any objections were to be

24  filed within thirty (30) days from the date of service of that

25  order.  On November 26, 2007, Petitioner filed objections to the

26  Findings and Recommendation.

27       In accordance with the provisions of 28 U.S.C. § 636

28  (b)(1)(C), this Court has conducted a *de novo* review of the case.

                                      1

1  Having carefully reviewed the entire file, including Petitioner's

2  objections, the Court concludes that the Magistrate Judge's

3  Findings and Recommendation are supported by the record and proper

4  analysis.  Petitioner's objections present no grounds for

5  questioning the Magistrate Judge's analysis.  While the objections

6  present arguments why Petitioner has been unable to file a petition

7  in the Superior Court, the objections do not address the reasoning

8  of the Findings and Recommendation, which found Petitioner could

9  still file a petition in the California Supreme Court containing

10 the necessary documents to support his claims.  Because Petitioner

11 can cure the defect found by the California Supreme Court,

12 Petitioner has not exhausted his state remedies.  Cf. Kim v.

13 Villalobos, 799 F.2d 1317, 1319 (9th Cir. 1986)(interpreting

14 citation to Swain Rule and finding exhaustion has not occurred if

15 defect can be cured in a renewed petition).  Thus, the petition

16 must be dismissed without prejudice to Petitioner exhausting his

17 state remedies.

18        Accordingly, IT IS HEREBY ORDERED that:

19     1.   The Findings and Recommendation, filed October 4, 2007,

20          are ADOPTED IN FULL;

21     2.   Respondent's motion to dismiss, filed April 20, 2007, is

22          GRANTED;

23     3.   The instant Petition for Writ of Habeas Corpus is

24          DISMISSED, without prejudice; and,

25     4.   The Clerk of the Court is DIRECTED to close this file.

26 IT IS SO ORDERED.

27 **Dated:   December 20, 2007**              **/s/ Anthony W. Ishii**
                                        UNITED STATES DISTRICT JUDGE
28

2